## STATE v. SAMUEL.

Court of Quarter Sessions. New Castle. December 19, 1796.

*Rodney's Notes.*

*Ridgely* [for plaintiff]. *Duff, Rodney* [for defendant].
Indictment for burglary.

The Court being doubtful of its having jurisdiction to try free Negroes for capital offences, the prisoner was remanded to prison. The witnesses recognized to appear at the next Court of Oyer and Terminer, to which court the Attorney General removes this cause by *certiorari.* By 1 Body Laws 94, Court of Oyer and Terminer only authorized to try capital offences.